**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. CCB-19-036** |
| | * | |
| **CORREY CAWTHORN, et al.** | * | |
| | * | |
| **Defendants.** | * | |
| | ******* | |

## EXHIBIT LIST

Exhibit 1    Cawthorn (443) 500-7088 Tracking Warrant and iPhone 7 Search Warrant

Exhibit 2    Cawthorn Massachusetts Avenue Search Warrant

Exhibit 3    Cawthorn iPhone 8 Search Warrant

Exhibit 4    Creek (443) 570-7290 Tracking Warrant

Exhibit 5    Creek Five Cellphones Warrant

Exhibit 6    Creek Instagram Warrant

Exhibit 7    Keishonne Moore Cellphone Warrant

Exhibit 8    Tunnell's Recorded Statement

Exhibit 9    Cawthorn's August 3, 2018 Recorded Statement

Exhibit 10   Cawthorn's August 28, 2018 Recorded Statement

Exhibit 11   Grier's Recorded Statement

Exhibit 12   Harris-Howell's Recorded Statement