# Exhibit 8 is a CD

# Exhibit 9 is a CD

# Exhibit 10 is a CD

# Exhibit 11 is a CD

# Exhibit 12 is a CD