IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. CCB-19-0036 |
| | : | |
| | : | |
| GARY CREEK | ...o0o... | |

## **ORDER**

The Motion to Reopen Detention Hearing or to Continue Pretrial Release (ECF 510), filed under seal because it discusses personal medical and other information about the defendant Gary Creek, has been reviewed. It is not opposed by the government. Considering the evidence that Creek has complied with the conditions of release set in May 2020, and the evidence of additional serious medical concerns, it is hereby Ordered that:

1. The Motion to Seal (ECF 509) is Granted;

2. The motion to continue pretrial release is Granted;

3. Pursuant to 18 U.S.C. 3142(g) and (i), Creek may remain on pretrial release on the same conditions set in the court's Order dated May 1, 2020 (ECF 422); and

4. Creek will be notified of his next date to appear in court.

  10/6/20                                                                /S/
                                                          Catherine C. Blake
                                                          United States District Judge